**Order entered May 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-01152-CR**
**No. 05-21-01153-CR**

**ADRIAN GILLIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-76363-R & F19-53171-R**

**ORDER**

Before the Court is appointed counsel Julie Jones Woods's May 6, 2022 motion to withdraw as counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Ms. Woods as counsel of record for appellant.

Because appellant has already been found indigent for purposes of appeal, we **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit a supplemental clerk=s record containing the order

appointing new counsel to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Christina O'Neil, Chief Judicial Staff Counsel; to Julie Jones Woods; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** the appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel or we deem it appropriate to do so.

/s/    LANA MYERS
JUSTICE